# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CARLTON NORWOOD, JR.,<br><br>Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, et al.,<br><br>Defendants. | Case No. 1:25-cv-00605-JLT-SAB<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT READING READINESS FOR PRETRIAL CONFERENCE<br><br>**SEPTEMBER 18, 2026 DEADLINE** |

On May 21, 2025, Defendant removed this Magnuson-Moss Warranty Act, negligent repair case to the Eastern District of California. (ECF No. 1.) On November 18, 2025, the Court presided over a scheduling conference in this matter, pursuant to Federal Rule of Civil Procedure 16. (ECF No. 19.) As relevant here, the dispositive motion deadline was set for July 24, 2026, and the pretrial conference is presently set for November 16, 2026. Neither party filed a dispositive motion. Indeed, nothing has been filed in this matter since the Court's scheduling order.

/ / /

/ / /

/ / /

/ / /

Thus, the Court DIRECTS the parties to file by **September 18, 2026**, a joint status report regarding readiness for the pretrial conference, including whether the parties have or intend to participate in a settlement conference. In lieu of filing a joint statement, the parties may file a notice of settlement or dispositional documents if applicable.

The Court reminds the parties of the ongoing lack of judicial resources in the Eastern District of California, and because criminal felony trials take precedence, civil trials may be continued and/or may trail the criminal trials. Finally, the Court directs the parties to the Hon. Jennifer L. Thurston's standing order for information regarding the pretrial conference. (ECF No. 14-1.)

IT IS SO ORDERED.

Dated: **September 11, 2026**

STANLEY A. BOONE
United States Magistrate Judge